IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EXHIBIT A-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



Report Number 1530-7022-82          Date Generated Nov 8, 2024

**LVNV FUNDING LLC**
Account • 444796XXXXXXXXX                    (↑) Verified and Updated

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

View Details >

**LVNV FUNDING LLC**
Account • 444796XXXXXXXXX                    (↑) Verified and Updated

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

View Details >



**Exhibit B-**   (next page)